In Re: Application for Curative Amendment by Warren W. Killian in Ontelaunee Township, Berks County, Pennsylvania. Warren W. Killian, Appellant.

Argued March 10, 1980, before President Judge CRUMLISH, JR. and Judges ROGERS and WILLIAMS, JR., sitting as a panel of three.

*Brett A. Huckabee*, with him *Joseph E. DeSantis*, of *Desantis & Koch*, for appellant.

*John T. Wertz*, for appellee.

OPINION BY JUDGE ROGERS, April 8, 1980:

The judgment of the court below is affirmed on the able opinion of Judge FORREST G. SCHAEFFER, docketed in the Court of Common Pleas of Berks County to 148 June Term, 1978.

ORDER

AND Now, this 8th day of April, 1980, the judgment of the Court of Common Pleas of Berks County made March 22, 1979, is affirmed.